IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| CEDRIC MCNEAL,<br><br>    Plaintiff,<br><br>v.<br><br>PRESIDING JUDGE, *et al.*,<br><br>    Defendants. | 2:23-CV-136-Z-BR |

### ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
### AND
### DISMISSING CIVIL RIGHTS CLAIM

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss the civil rights complaint filed by Plaintiff as three strikes barred. ECF No. 5. No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and the case is **DISMISSED**. The Clerk is directed to update the three strikes list accordingly.

**IT IS SO ORDERED.**

September 11, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE